| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Alex Cha (CA SBN 208051)<br>alex@alexchalaw.com<br>Sena Hori (CA SBN 338636)<br>sena@alexchalaw.com<br>LAW OFFICES OF ALEX CHA & ASSOCIATES<br>707 Wilshire Blvd., 46th Fl Los Angeles, CA 90017<br>(213)351-3513<br><br>ATTORNEY(S) FOR:  BLUPRINT CLOTHING CORP | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BLUPRINT CLOTHING CORP.<br><br>                              Plaintiff(s),<br>             v.<br>ALFRED DUNNER, INC.<br><br>                              Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       Plaintiff BLUPRINT CLOTHING CORP
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BLUPRINT CLOTHING CORP | Plaintiff |
| ALDRED DUNNER, INC. | Defendant |

May 18, 2023                                          *Alex Cha*
Date                                                  Signature

Attorney of record for (or name of party appearing in pro per):

BLUPRINT CLOTHING CORP.