HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
CLAYTON R. LAPOINT, SBN 304522
clapoint@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone: (213) 395-7620
Facsimile:  (213) 395-7615

Attorneys for Defendant ALFRED DUNNER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DUNNER, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-03803-SPG-SK<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L. R. 8-3)**<br><br>Judge: Hon. Sherilyn Peace Garnett<br><br>Complaint served: June 5, 2023<br>Current response date: June 26, 2023<br>New response date: July 26, 2023 |

Pursuant to Local Rule 8-3, BLUPRINT CLOTHING CORP. ("BLUPRINT ") and Defendant ALFRED DUNNER, INC. ("DUNNER") jointly stipulate to extend Defendant's time to respond to Plaintiff's initial Complaint (Dkt. No. 1) by 30 days, to July 26, 2023. The current response date for DUNNER to respond to the initial Complaint is June 26, 2023. This Stipulation is the parties' first stipulation for extension of time to respond to the initial Complaint. This stipulation, together with any prior stipulations, will not extend DUNNER'S time to respond to the initial Complaint by more than 30 cumulative days.

19688146.1

Case No. 2:23-cv-03803-SPG-SK
Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)

| | | |
|---|---|---|
| 1 | DATED: June 23, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | HANSON BRIDGETT LLP |
| 4 | | |
| 5 | | By: _____/s/ Raffi Zerounian_____ |
| 6 | | RAFFI V. ZEROUNIAN |
| 7 | | CLAYTON R. LAPOINT |
| 8 | | Attorneys for Defendant |
| | | ALFRED DUNNER, INC. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

19688146.1

-2-     Case No. 2:23-cv-03803-SPG-SK
Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)

DATED: June 23, 2023                    Respectfully submitted,

By:    */s/ Alex Cha*
Alex M. Cha, Esq. (SBN 208051)
alex@alexchalaw.com
Sena Hori, Esq. (SBN 338636)
sena@alexchalaw.com
LAW OFFICES OF ALEX CHA & ASSOCIATES
707 Wilshire Blvd. 46th Floor
Los Angeles, CA 90017
Tel.: (213) 351-3513
Fax: (213) 351-3514

Melvin L. Chung, Esq. (SBN 189519)
mel@huffinechung.com
HUFFINE CHUNG, LLP
2202 S. Figueroa St., #356
Los Angeles, CA 90007
Tel.: (714) 225-9888
Fax: (213) 577-2234

Attorneys for Plaintiff
BLUEPRINT CLOTHING CORP.

19688146.1

-3-
Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)
Case No. 2:23-cv-03803-SPG-SK

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: June 23, 2023                    Respectfully submitted,

HANSON BRIDGETT LLP


By:   /s/ Raffi Zerounian
    RAFFI V. ZEROUNIAN
    CLAYTON R. LAPOINT
    Attorneys for Defendant
    ALFRED DUNNER, INC.

19688146.1

-4-   Case No. 2:23-cv-03803-SPG-SK
Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)