HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
CLAYTON R. LAPOINT, SBN 304533
clapoint@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:  (213) 395-7620

LEASON ELLIS LLP
MARTIN B. SCHWIMMER (*pro hac vice* pending)
Schwimmer@leasonellis.com
1 Barker Ave
White Plains, NY 10601
Telephone: (914) 821-8011

Attorneys for Defendant Alfred Dunner, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DUNNER, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-3803<br><br>**DEFENDANT ALFRED DUNNER, INC.'S ANSWER TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT AND VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge:  Hon. Sherilyn P. Garnett |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant Alfred Dunner, Inc. ("Defendant") answers the First Amended Complaint, Dkt. No. 12 ("Amended Complaint"), of Plaintiff BluPrint Clothing Corp. ("Plaintiff") as follows.

Defendant denies each and every allegation contained in Plaintiff's Amended Complaint, except as specifically admitted or explained as follows. To the extent that the headings or any other non-numbered statements in Plaintiff's Amended Complaint contain any allegations, Defendant denies each and every allegation.

40730.1 19783436.4

## General Denials

In response to the unnumbered paragraphs appearing at the beginning of the Amended Complaint under the header "Introduction," Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in these paragraphs and, on that basis, denies each and every allegation contained in these paragraphs.

## Answer to Allegations Contained in the Amended Complaint by Paragraph

### Jurisdiction and Venue

1. Defendant admits the allegations contained in this paragraph.
2. Defendant admits the allegations contained in this paragraph.
3. Defendant admits the allegations contained in this paragraph.
4. Defendant admits the allegations contained in this paragraph.
5. Defendant admits the allegations contained in this paragraph.
6. Defendant admits the allegations contained in this paragraph.

### The Parties

7. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained in this paragraph and, on that basis, denies such allegations.
8. Defendant admits the allegations contained in this paragraph.
9. Defendant admits that Defendant sells women's apparel products, including within this judicial district. With respect to the allegation that Plaintiff and Defendants are direct competitors in the women's clothing category, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained in this paragraph and, on that basis, denies such allegations.
10. Defendant denies the first sentence of this paragraph to the extent it calls for a legal conclusion. Regarding the second sentence of this paragraph, Defendant lacks sufficient knowledge or information to form a belief concerning the

truth of the factual allegations contained in this paragraph and, on that basis, denies such allegations.

11.   Defendant denies each and every allegation contained in this paragraph to the extent the allegations call for a legal conclusion.

### Plaintiff's Copyrights

12.   The copyright registrations identified in this paragraph speak for themselves.

13.   The statute relied on in this paragraph, 17 U.S.C. § 106, speaks for itself.

### Access to the Designs

14.   Defendant denies each and every allegation contained in this paragraph to the extent it calls for a legal conclusion. Further, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained in this paragraph and, on that basis, denies such allegations.

15.   Defendant denies each and every allegation contained in this paragraph to the extent it calls for a legal conclusion.

16.   Defendant denies the first sentence of this paragraph to the extent it calls for a legal conclusion. This paragraph is admitted to the extent it alleges that Defendant's products are marketed and sold through their sales channels via internet websites, sales representatives, wholesale and/or retail stores. Regarding the second sentence, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained in this paragraph and, on that basis, denies such allegations.

17.   Defendant denies the first sentence of this paragraph to the extent it calls for a legal conclusion. Further, this paragraph refers to some future action taken by Plaintiff and does not require a response.

### Copyright Infringement of Design No. 1

18.   The copyright registration identified in this paragraph speaks for itself.

19. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

20. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. Defendant does not know the provenance of the photographs or the garments in the photographs and, therefore, denies the descriptions of the photographs, and denies that a design depicted in the photos originated with Defendant.

**Copyright Infringement of Design No. 2**

21. The copyright registration identified in this paragraph speaks for itself.

22. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

23. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the description of the photographs, and denies that a design depicted in the photos originated with Defendant. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

**Copyright Infringement of Design No. 3**

24. The copyright registration identified in this paragraph speaks for itself.

25. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for

themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

26. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the description of the photographs and denies that a design depicted in the photo originated with Defendant. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

**Copyright Infringement of Design No. 4**

27. The copyright registration identified in this paragraph speaks for itself.

28. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

29. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the description of the photographs, and denies that a design depicted in the photos originated with Defendant. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

**Copyright Infringement of Design No. 5**

30. The copyright registration identified in this paragraph speaks for itself.

31. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for

themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

32. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the description of the photographs, and denies that a design depicted in the photos originated with Defendant. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

**Copyright Infringement of Design No. 6**

33. The copyright registration identified in this paragraph speaks for itself.

34. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

35. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the description of the photographs and denies that a design depicted in the photos originated with Defendant. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

**Copyright Infringement of Design No. 7**

36. The copyright registration identified in this paragraph speaks for itself.

37. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

38. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photograph reproduced in this paragraph and, therefore, denies the description of the photographs and denies that a design depicted in the photo originated with Defendant. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

### Copyright Infringement of Design No. 8

39. The copyright registration identified in this paragraph speaks for itself.

40. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

41. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the description of the photos, and denies that a design depicted in the photo originated with Defendant. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

### Copyright Infringement of Design No. 9

42. The copyright registration identified in this paragraph speaks for itself.

43. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the identification of the photographs, and that a design depicted in a photo originated with Defendant. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

44. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the descriptions of the photograph and that a design depicted in the photos originated with Defendant. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

**Copyright Infringement of Design No. 10**

45. The copyright registration identified in this paragraph speaks for itself.

46. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

47. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs reproduced in this paragraph and, therefore, denies the description of the photographs and that a design depicted in the photos originated with Defendant. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

**Copyright Infringement of Design No. 11**

48. The copyright registration identified in this paragraph speaks for itself.

49. Defendant denies the first sentence of this paragraph. To the extent Plaintiff is describing aspects of the purported works, the works speak for themselves. The remainder of the paragraph contains legal arguments and conclusions. To the extent a response is required, this paragraph is denied.

50. Defendant denies the first sentence of this paragraph. Defendant does not know the provenance of the photographs or the garments in the photographs

reproduced in this paragraph and, therefore, denies the description of the photographs, and denies that a design depicted in the photos originated with Defendant.

### First Claim for Relief

### Copyright Infringement

51. Defendant denies each and every allegation contained in this paragraph.

52. Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained in this paragraph and, on that basis, denies such allegations.

53. Defendant denies each and every allegation contained in this paragraph.

54. Defendant denies each and every allegation contained in this paragraph.

55. Defendant denies each and every allegation contained in this paragraph. Further, Defendant denies each and every allegation contained in this paragraph to the extent this paragraph calls for legal conclusions regarding actual damages, statutory damages, and infringement.

56. Defendant denies each and every allegation contained in this paragraph. Further, Defendant denies each and every allegation contained in this paragraph to the extent this paragraph calls for legal conclusions regarding actual damages, statutory damages, and infringement.

### Second Claim for Relief

### Vicarious Copyright Infringement

57. Defendant denies each and every allegation contained in this paragraph.

58. Defendant denies each and every allegation contained in this paragraph.

59. Defendant denies each and every allegation contained in this paragraph.

60. Defendant denies each and every allegation contained in this paragraph.

61. Defendant denies each and every allegation contained in this paragraph.

62. Defendant denies each and every allegation contained in this paragraph.

63. Defendant denies each and every allegation contained in this paragraph.

## Affirmative Defenses

Defendant pleads the following separate defenses. Defendant's assertion of affirmative defenses is not a concession that Defendant bears the burden of proof or persuasion on any issue as to which Plaintiff bears the burden of proof or persuasion. Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper. Any defense asserted, or fact alleged in support of any defense, does not constitute a waiver of any of the foregoing denials.

### First Affirmative Defense
### (Failure to State a Claim)

1. As a separate and first affirmative defense to the Amended Complaint, and to the purported causes of action set forth in this paragraph, Defendant alleges that the Amended Complaint fails to state facts sufficient to constitute its causes of action.

### Second Affirmative Defense
### (Ongoing Investigation)

2. As a separate and second affirmative defense to the Amended Complaint and each purported cause of action contained in this paragraph, Defendant alleges that it has not yet completed a thorough investigation or study or completed the discovery of all the facts and circumstances of the subject matter of the Amended Complaint and, accordingly, reserves the right to amend, modify, revise or supplement its answer and to plead such other defenses and take such other further actions as it may deem proper and necessary in its defense upon completion of said investigation or study.

### Third Affirmative Defense
### (Unclean Hands)

3. As a separate and third affirmative defense to the Amended Complaint and each purported cause of action contained in this paragraph, Defendant alleges

that Plaintiff's claims are barred in whole or in part because of the doctrine of unclean hands.

### Fourth Affirmative Defense

### (Waiver and Estoppel)

4. As a separate and fourth affirmative defense to the Amended Complaint and each purported cause of action contained in this paragraph, Defendant alleges that as a result of its own acts or omissions, Plaintiff has waived any right which it may have had to recover, or is estopped from recovering, any relief sought against Defendant.

### Fifth Affirmative Defense

### (Acquiescence)

5. As a separate and fifth affirmative defense to the Amended Complaint and each purported cause of action contained in this paragraph, Defendant alleges that Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of acquiescence.

### Sixth Affirmative Defense

### (Laches)

6. As a separate and sixth affirmative defense to the Amended Complaint and each purported cause of action contained in this paragraph, Defendant alleges that Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of laches.

### Seventh Affirmative Defense

### (Statute of Limitations)

7. As a separate and seventh affirmative defense to the Amended Complaint and each purported cause of action contained in this paragraph, Defendant alleges that Plaintiff's claims are barred, in whole or in part, by the statute of limitations because this action was not commenced within three years of

when it discovered or reasonably should have discovered Defendant's alleged infringement.

### Eighth Affirmative Defense
### (Independent Creation)

8. As a separate and eighth affirmative defense to the Amended Complaint and each purported cause of action contained in this paragraph, Defendant alleges that Plaintiff's claims are barred, in whole or in part, because the works were independently created by a third party.

### Ninth Affirmative Defense
### (No Novelty)

9. As a separate and ninth affirmative defense to the Amended Complaint and each purported cause of action contained in this paragraph, Defendant alleges that Plaintiff's claims are barred, in whole or in part, because the works are not novel.

**Wherefore**, Defendant prays for relief as follows:

1. That the Amended Complaint be dismissed, with prejudice and in its entirety;
2. That Plaintiff take nothing by reason of its Amended Complaint, and that judgment be entered against Plaintiff and in favor of Defendant;
3. That Defendant be awarded its attorney's fees and costs incurred in defending this action;
4. That Defendant be granted such other and further relief as the Court may deem just and proper.

| | | |
|---|---|---|
| 1 | DATED: August 4, 2023 | HANSON BRIDGETT LLP |
| 2 | | |
| 4 | | By: _____/s/ Raffi V. Zerounian_____ |
| 5 | | RAFFI V. ZEROUNIAN<br>CLAYTON R. LAPOINT |
| 6 | | JUSTIN P. THIELE<br>Attorneys for Defendant Alfred Dunner, |
| 7 | | Inc. |
| 8 | DATED: August 4, 2023 | LEASON ELLIS LLP |

By:   _____/s/ Martin B. Schwimmer_____
MARTIN B. SCHWIMMER (*pro hac vice* pending)
Attorney for Defendant Alfred Dunner, Inc.

**Demand for Jury Trial**

Pursuant to Fed. R. Civ. P. 38 and Rule 38-1 of the Local Rules of the United States District Court for the Central District of California, Defendant demands a trial by jury on all issues so triable that are raised herein or that thereinafter may be raised in this action.

DATED:  August 4, 2023              HANSON BRIDGETT LLP

                                    By:     /s/ Raffi V. Zerounian
                                    RAFFI V. ZEROUNIAN
                                    CLAYTON R. LAPOINT
                                    JUSTIN P. THIELE
                                    Attorneys for Defendant Alfred Dunner, Inc.

DATED:  August 4, 2023              LEASON ELLIS LLP

                                    By:     /s/ Martin B. Schwimmer
                                    MARTIN B. SCHWIMMER (*pro hac vice* pending)
                                    Attorney for Defendant Alfred Dunner, Inc.