HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
CLAYTON R. LAPOINT, SBN 304533
clapoint@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:  (213) 395-7620

LEASON ELLIS LLP
MARTIN B. SCHWIMMER (admitted *pro hac vice*)
Schwimmer@leasonellis.com
1 Barker Ave
White Plains, NY 10601
Telephone: (914) 821-8011

Attorneys for Defendant Alfred Dunner, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DUNNER, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-3803-SPG-SK<br><br>**STIPULATED MOTION TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Judge:   Hon. Sherilyn P. Garnett |

The Parties, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 16(b)(4) and the Court's Civil Pretrial Schedule and Trial Order, do hereby stipulate and agree as follows, and request that the Court enter it as an order.

1.   The Court previously set the trial date and related pretrial deadlines for this matter in its scheduling order on August 31, 2023 (Dkt. No. 25).

2.   Since that date, there have been no requests for continuance.

3.   All Parties have agreed to a three-month continuance.

4.  Good cause exists for a continuance, and the Parties have exercised due diligence in advancing this matter. The Parties have been actively engaging in discovery, yet despite their diligent efforts, will not be able to complete all discovery by the May 17, 2024 discovery cut-off. A number of issues have caused delays, including the entry of a protective order and family medical issues encountered by Defendant's lead counsel. Additionally, the Parties need more time to resolve disagreements relating to the production of responsive information and documents. The Parties have met and conferred regarding their further written responses, the exchange of documents and other information, and the entering of an appropriate protective order, and expect that these issues should shortly be resolved.

5.  The Parties are also actively negotiating settlement, including the scheduling of an early mediation conference and an agreed-upon exchange of specific documents and information that will increase the productivity and likelihood of success of that mediation. The Parties expect that they will resolve these issues soon, but need more time in order to complete fact discovery before the existing cut-off date, and to schedule and prepare for an early mediation conference. The Parties are committed to working through their discovery issues and, if necessary, promptly seeking judicial resolution of any discovery disputes. The Parties also need more time to take the depositions of party and non-party witnesses.

6.  Further, lead counsel for Defendant, Martin B. Schwimmer, has encountered family medical issues that have regrettably diverted attention from discovery. In particular, Mr. Schwimmer was hospitalized twice in December and once in February due to back and pulmonary issues. *See* Declaration of Martin B. Schwimmer ("Schwimmer Decl."), attached hereto.

7.  Accordingly, the Parties respectfully request that the Court continue all remaining pretrial and trial dates by three months as set forth below, or at the Court's first available date and time thereafter:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off | 5/17/2024 | 8/23/2024 |
| Expert Disclosure (Initial) | 5/31/2024 | 9/6/2024 |
| Expert Disclosure (Rebuttal) | 6/14/2024 | 9/20/2024 |
| Expert Discovery Cut-Off | 6/14/2024 | 9/20/2024 |
| Last Date to Hear Motions | 7/3/2024 | 10/9/2024 |
| Last Date to Hear *Daubert* Motions | 7/31/2024 | 11/6/204 |
| Deadline to Complete Settlement Conference | 8/16/2024 | 11/22/2024 |
| Trial Filings (First Round) | 9/4/2024 | 12/11/2024 |
| Trial Filings (Second Round) | 9/18/2024 | 12/25/2024 |
| Final Pretrial Conference | 10/2/2024 | 1/8/2025 |
| Trial Date | 10/22/2024 | 1/28/2025 |

IT IS SO STIPULATED.

DATED:  April 11, 2024

By:     /s/ Justin Thiele
HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
CLAYTON R. LAPOINT

LEASON ELLIS LLP
MARTIN B. SCHWIMMER (admitted *pro hac vice*)
Attorneys for Defendant Alfred Dunner, Inc.

1  DATED: April 11, 2024

                                                            By:    /s/ Alex M. Cha
                                                            LAW OFFICES OF ALEX J. CHA & ASSOCIATES
                                                            Alex M. Cha

                                                            HUFFINE CHUNG, LLP
                                                            Melvin L. Chung

                                                            Attorneys for Plaintiff

**L.R. 5-4.3.4(a)(2)(i) Certification**

I certify that all signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

DATED: April 11, 2024

By:    /s/ Justin Thiele
HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
CLAYTON R. LAPOINT

LEASON ELLIS LLP
MARTIN B. SCHWIMMER (admitted *pro hac vice*)
Attorneys for Defendant Alfred Dunner, Inc.