HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
CLAYTON R. LAPOINT, SBN 304533
clapoint@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:   (213) 395-7620

LEASON ELLIS LLP
MARTIN B. SCHWIMMER (admitted *pro hac vice*)
Schwimmer@leasonellis.com
1 Barker Ave
White Plains, NY 10601
Telephone: (914) 821-8011

Attorneys for Defendant Alfred Dunner, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DUNNER, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-3803-SPG-SK<br><br>**DECLARATION OF MARTIN B. SCHWIMMER IN SUPPORT OF STIPULATED MOTION TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Judge:   Hon. Sherilyn P. Garnett |

I, Martin B. Schwimmer, declare as follows:

1.    I am an attorney duly admitted to practice before this Court *pro hac vice*. I am a partner with Leason Ellis LLP, attorneys of record for Defendant Alfred Dunner, Inc., and am lead counsel in this matter. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

20716730.1

DECLARATION OF MARTIN B. SCHWIMMER

2. Discovery in this matter opened in September 2023. Since that time, the Parties have been actively engaging in discovery, yet despite their diligent efforts, will not be able to complete all discovery by the May 17, 2024 discovery cut-off. A number of issues have caused delays, including the entry of a protective order and family medical issues encountered by myself. Additionally, the Parties need more time to resolve disagreements relating to the production of responsive information and documents. The Parties have met and conferred regarding their further written responses, the exchange of documents and other information, and the entering of an appropriate protective order, and expect that these issues should shortly be resolved.

3. The Parties are also actively negotiating settlement, including the scheduling of an early mediation conference and an agreed-upon exchange of specific documents and information that will increase the productivity and likelihood of success of that mediation. The Parties expect that they will resolve these issues soon, but need more time in order to complete fact discovery before the existing cut-off date, and to schedule and prepare for an early mediation conference. The Parties are committed to working through their discovery issues and, if necessary, promptly seeking judicial resolution of any discovery disputes. The Parties also need more time to take the depositions of party and non-party witnesses.

4. Further, I have encountered family medical issues that have regrettably diverted attention from discovery. In particular, I was hospitalized twice in December and once in February due to back and pulmonary issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of April, 2024, at White Plains, New York.

/s/ Martin B. Schwimmer
Martin B. Schwimmer

20716730.1

2
DECLARATION OF MARTIN B. SCHWIMMER