UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DUNNER, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-3803-SPG-SK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Judge:  Hon. Sherilyn P. Garnett |

The Court, having reviewed the Parties' Stipulated Motion to Continue Pretrial and Trial Dates, and for good cause appearing, makes the following order.

The Civil Pretrial Schedule and Trial Order is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off | 5/17/2024 | 8/23/2024 |
| Expert Disclosure (Initial) | 5/31/2024 | 9/6/2024 |
| Expert Disclosure (Rebuttal) | 6/14/2024 | 9/20/2024 |
| Expert Discovery Cut-Off | 6/14/2024 | 9/20/2024 |
| Last Date to Hear Motions | 7/3/2024 | 10/9/2024 |
| Last Date to Hear *Daubert* Motions | 7/31/2024 | 11/6/204 |

20715432.1

| Event | Current Date | New Date |
|---|---|---|
| Deadline to Complete Settlement Conference | 8/16/2024 | 11/22/2024 |
| Trial Filings (First Round) | 9/4/2024 | 12/11/2024 |
| Trial Filings (Second Round) | 9/18/2024 | 12/25/2024 |
| Final Pretrial Conference | 10/2/2024 | 1/8/2025 |
| Trial Date | 10/22/2024 | 1/28/2025 |

**IT IS SO ORDERED.**

Dated: _____          _____
                                         Hon. Sherilyn Peace Garnett
                                         United States District Judge