UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED DUNNER, INC., a New York corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-3803-SPG-SK<br><br>**ORDER GRANTING, IN PART, MOTION TO CONTINUE PRETRIAL AND TRIAL DATES** |

The Court, having reviewed the Parties' Stipulated Motion to Continue Pretrial and Trial Dates, and for good cause appearing, makes the following order.

The Civil Pretrial Schedule and Trial Order is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off | 5/17/2024 | 8/23/2024 |
| Expert Disclosure (Initial) | 5/31/2024 | 9/6/2024 |
| Expert Disclosure (Rebuttal) | 6/14/2024 | 9/20/2024 |
| Expert Discovery Cut-Off | 6/14/2024 | 9/20/2024 |
| Last Date to Hear Motions | 7/3/2024 | 10/9/2024 |

| Event | Current Date | New Date |
|---|---|---|
| Last Date to Hear *Daubert* Motions | 7/31/2024 | 11/6/2024 |
| Deadline to Complete Settlement Conference | 8/16/2024 | 11/22/2024 |
| Trial Filings (First Round) | 9/4/2024 | 12/11/2024 |
| Trial Filings (Second Round) | 9/18/2024 | 12/27/2024 |
| Final Pretrial Conference | 10/2/2024 | 1/8/2025 at 3:00 pm |
| Trial Date | 10/22/2024 | 1/27/2025 at 8:30 am |

**IT IS SO ORDERED.**

Dated: April 18, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE