Alex M. Cha, Esq. (Bar No. 208051)
Email: alex@alexchalaw.com
LAW OFFICES OF ALEX CHA & ASSOCIATES
707 Wilshire Blvd. 46th Floor
Los Angeles, CA 90017
Tel. (213) 351-3513, Fax (213) 351-3514

Attorneys for Plaintiff BLUPRING CLOTHING CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ALFRED DUNNER, INC., a New York corporation; and DOES 1 through 10,<br><br>          Defendants. | Case No. 2:23-cv-3803-SPG-SK<br><br>**Stipulation of Dismissal With Prejudice**<br><br>Judge:   Hon. Sherilyn P. Garnett |

Plaintiff Bluprint Clothing Corp. ("Bluprint" or "Plaintiff") and Defendant Alfred Dunner, Inc. ("Dunner" or "Defendant"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, stipulate and agree to dismiss this action in its entirety **with prejudice**, with each party bearing its own costs.

DATED: October 10, 2024

By:    /s/ Alex Cha
LAW OFFICES OF ALEX J. CHA & ASSOCIATES
Alex M. Cha

Attorneys for Plaintiff

DATED: October 10, 2024    HANSON BRIDGETT LLP

By:    /s/ Raffi V. Zerounian
RAFFI V. ZEROUNIAN
CLAYTON R. LAPOINT
JUSTIN P. THIELE
Attorneys for Defendant Alfred Dunner, Inc.

**L.R. 5-4.3.4(a)(2)(i) Certification**

I certify that all signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

DATED: October 10, 2024

By:    /s/ Alex Cha
LAW OFFICES OF ALEX J. CHA & ASSOCIATES
Alex M. Cha

Attorneys for Plaintiff