UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:23-cv-03803-SPG-SK | Date October 11, 2024 |
| Title BLUPRINT CLOTHING CORP. v. ALFRED DUNNER, INC. et al. | |

Present: The Honorable SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL

Plaintiff Bluprint Clothing Corp. filed a stipulation of dismissal, (ECF No. 35), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 35-1), as moot, and all pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

:

Initials of Preparer  pg